**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICHAEL KENT, Individually and On Behalf of All Others Similarly Situated, | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-01201-CFC |
| v. | ) | JURY TRIAL DEMANDED |
| CHESAPEAKE LODGING TRUST, JAMES L. FRANCIS, DOUGLAS W. VICARI, THOMAS A. NATELLI, THOMAS D. ECKERT, JOHN W. HILL, ANGELIQUE G. BRUNNER, JEFFERY D. NUECHTERLEIN, PARK HOTELS & RESORTS INC., PK DOMESTIC PROPERTY LLC, and PK DOMESTIC SUB LLC, | ) | CLASS ACTION |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Michael Kent ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: September 4, 2019

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com